# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **IN RE MEDQ, INC. DATA BREACH LITIGATION** | Case No. 4:24-cv-00176<br><br>Judge Amos L. Mazzant, III |

### ORDER GRANTING
### JOINT MOTION TO EXTEND DEADLINE TO ATTEND MEDIATION
### AND STAY CASE PENDING THE OUTCOME OF MEDIATION

IT IS HEREBY ORDERED that, after reviewing the Parties' Joint Motion to Extend Deadline to Attend Mediation and Stay Case Pending the Outcome of Mediation, (Dkt. #23) and for good cause shown, the Court hereby extends the Parties' deadline to attend mediation until on or before December 20, 2024. All other case deadlines are stayed pending the outcome of the Parties' mediation. The Parties shall provide the Court with a status report regarding their settlement discussions, including whether the stay should be continued, on or before January 5, 2025.

    **IT IS SO ORDERED.**

    **SIGNED this 5th day of November, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE